IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01134-WYD-MEH

JENSEN VENTURES, LLC,

    Plaintiff(s),

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice, filed February 13, 2007 (docket #20).  In the Stipulation, the parties stipulate and agree that the claims and causes of action asserted in this case should be dismissed with prejudice, each party to pay its own costs.  Upon review of the file and Stipulation, it is hereby

ORDERED that the within case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs.

    Dated:  February 14, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge